**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Mauricio Cohen ASSOR, a.k.a. Mauricio Cohen, Defendant–Appellant.**

**United States of America, Plaintiff–Appellee,**

v.

**Leon Cohen Levy, a.k.a. Leon Cohen, Defendant–Appellant.**

**Nos. 11–10729, 11–10731.**

United States Court of Appeals, Eleventh Circuit.

April 20, 2012.

Frank Phillip Cihlar, Gregory Victor Davis, U.S. Department of Justice, Washington, DC, Wifredo A. Ferrer, Anne Ruth

Schultz, U.S. Attorney's Office Miami, FL, Jeffrey A. Neiman, U.S. Attorney's Office, Fort Lauderdale, FL, for Plaintiff–Appellee.

Daniel Scott Fridman, Rodolfo Sorondo, Jr., Monica Vila, Holland & Knight, LLP, Miami, FL, for Defendant–Appellant.

Before DUBINA, Chief Judge, FAY and KLEINFELD,* Circuit Judges.

PER CURIAM:

Appellants Mauricio Cohen Assor and Leon Cohen Levy (collectively "the Cohens") were both convicted by a jury of one count of conspiracy to defraud the Internal Revenue Service ("IRS"), in violation of 18 U.S.C. § 371 and two counts of willfully making and subscribing false income tax returns, in violation of 26 U.S.C. § 7206(1). Levy was acquitted of one count of the latter charge. The Cohens appeal their convictions, alleging that (1) there was insufficient evidence to support their convictions on the conspiracy to defraud the IRS charge; (2) the district court erred by excluding their expert witness testimony; (3) the district court erred by giving an improper jury instruction and abused its discretion by failing to give their requested jury instructions; and (4) the district court committed plain error by admitting evidence of an "other" bad act.

After reviewing the record, reading the parties' briefs and having the benefit of oral argument, we reject all of the arguments made by the appellants and affirm their convictions.

**AFFIRMED.**